**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| J.R., by and through her parents : | CIVIL ACTION NO. |
| and next friends, MR. & MRS. R., : | 300CV0887 (WWE) |
| MR. AND MRS. R., : | |
| PLAINTIFFS : | |
| : | |
| vs. : | |
| : | |
| WATERBURY BOARD OF EDUCATION, ET AL. : | |
| DEFENDANTS : | OCTOBER 24, 2003 |

**MOTION TO VACATE DISMISSAL,**
**MODIFY STIPULATION AND DISMISS PURSUANT TO MODIFIED STIPULATION**

The plaintiffs move, pursuant to Rule 60(b), Fed. R. Civ. P., for an order vacating the Stipulated Order of Dismissal entered by this Court on July 2, 2003. The plaintiffs request that the Court then approve the attached Amended Stipulated Order of Dismissal and dismiss this lawsuit pursuant to Rule 41(a)(1), subject to the terms of the Stipulation. In support of this Motion, the plaintiffs represent the following:

1. On July 2, 2003 the Court approved the Stipulated Order of Dismissal that had been agreed to by all counsel of record.

2. Paragraph 2 of that Stipulated Order provides in relevant part:

> 2. The $585,000 payment referred to in paragraph one (1) above, less costs in the amount of $12,085.51 and attorneys' fees in the amount of $189,638.16, or

>$383,276.33 shall be paid directly into a Medicaid Qualifying Trust pursuant to 42 U.S.C. § 1396p(d)(4)(A). …

3. This proposed distribution of the settlement funds was approved by order of the Waterbury Probate Court on June 25, 2003 (Exhibit A).

4. On July 8, 2003 the Connecticut Department of Administrative Services ("D.A.S.") appealed the Probate Court's approval to the Connecticut Superior Court. The D.A.S. argues, in relevant part, that the distribution of the settlement funds as required by paragraph 2 of the Stipulated Order of Dismissal, threatens to undermine enforcement of the State's liens (Exhibit B).

5. At the present time the State's liens on this file are as follows (Exhibit C):

>$1,417.00 for cash assistance paid to J.R.

>$383.00 for medical assistance provided J.R.

6. In addition, the Connecticut Department of Victim Services claims $3,795.68 as a possible lien (Exhibit D).

7. In order to resolve D.A.S.'s appeal to the Superior Court insofar as it asserts that the Stipulated Order of Dismissal threatens to undermine the State of Connecticut's enforcement of

statutory liens, the Waterbury Probate Court, on October 1, 2003, ordered the following distribution of the proceeds of the settlement of this lawsuit:

> Department of Administrative Services lien in the amount of $1,417.00 for cash assistance;
>
> Department of Administrative Services lien in the amount of $383.60 for medical assistance;
>
> Attorney fees in the amount of $189,638.16; and
>
> Court costs in the amount of $12,085.51.
>
> The sum of $3795.68 is to be held in escrow by Attorney David Shaw for a possible Victim Services lien.
>
> The net proceeds, after said payments, is to be delivered to Thomas Road [sic] and Carol Roach, trustees, to be held in accordance with the Trust Agreement on file with this Court.

(Exhibit E.)

8. This Order of the Waterbury Probate Court is inconsistent with paragraph 2 of the Stipulated Order of Dismissal entered by this Court in that it requires Attorney Shaw to pay $1,800.60 directly to D.A.S. to satisfy the State's liens and to hold $3,795.68 in escrow, rather than to pay those amounts "directly into a Medicaid Qualifying Trust."

9. Rule 60(b), Fed. R. Civ. P., provides that a federal court may, and upon such terms as are just, relieve a party or his legal representative from a final judgment, order or proceeding for

3

"(6) any other reason justifying relief from the operation of judgment" provided the motion is made in a reasonable time.

    10. Rule 60(b) provides further that a motion made pursuant to Rule 60(b) "does not affect the finality of the judgment or suspend its operation."

    11. Plaintiffs submit that the inconsistency in the Stipulated Order of Dismissal and the Waterbury Probate Court Order puts plaintiffs' counsel in the position of not being able to complete the distribution of settlement funds without violating one of these orders.

    12. Plaintiffs submit that this inconsistency in the orders is sufficient reason under Rule 60(B) to vacate and modify the Stipulated Order of Dismissal previously entered by this Court.

    13. The plaintiffs therefore move for modification of paragraph 2 of the Stipulated Order of Dismissal to resolve this inconsistency so as direct payments of the State liens as specified in paragraph 7 above can be made.

    14. The Stipulation has been agreed to by all counsel of record.

    WHEREFORE, the plaintiffs request that the Court enter the attached Amended Stipulated Order of Dismissal to permit the payment of the state liens total of $1,800.60 directly from the proceeds of the settlement, the withholding of $3,795.68 in escrow for a possible

Victim Services lien as ordered by the Probate Court, the payment of costs and attorneys' fees as previously ordered, and payment of the balance of the settlement funds directly into the Medicaid Qualifying Trust established by order of the Waterbury Probate Court.

PLAINTIFFS

By /s/ David C. Shaw
David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507

DEFENDANTS, WATERBURY BOARD OF EDUCATION, CITY OF WATERBURY, BARBARA WIGGINS, ELIZABETH GALLAGHER, VALERIE STOLFI

By /s/Charles E. Oman, III
Charles E. Oman, III, Esq.
Office of Corporation Counsel, City of Waterbury
236 Grand St.
Waterbury, CT 06702
Tel. (203) 574-6732

DEFENDANTS, LAIDLAW TRANSIT, INC., JANE DOE

By /s/ Frederick J. Trotta, Sr.
Frederick J. Trotta, Sr., Esq.
LoRicco, Trotta & LoRicco LLC
216 Crown Street, Suite 502
New Haven, CT 06510
Tel. (203) 865-3123

DEFENDANTS, CONNECTICUT BOARD OF EDUCATION, THEODORE SERGI, GEORGE DOWALIBY

By /s/ Ralph E. Urban_____
Ralph E. Urban, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141 0120

DEFENDANTS, GOODWILL INDUSTRIES OF WESTERN CONNECICUT, INC., LAUREL JORDAN, MARIE CASTRO AND ILONA LEFFINGWELL

By /s/ James L. Brawley_____
James L. Brawley, Esq.
Morrison, Mahoney & Miller LLP
One Constitution Plaza
Hartford, CT 06103
Tel. (860) 616-4441

DEFENDANTS, SECURITY SERVICES OF CONNECTICUT, INC. AND JOSHUA VEGA

By /s/ Jon S. Berk_____
Jon S. Berk, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106 5123
Tel. (860) 525-5361

7