FILED

2003 DEC 17 P 12: 25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| J.R., by and through her parents and next friends, MR. & MRS. R., MR. AND MRS. R.,<br>　　　　　　　PLAINTIFFS<br><br>vs.<br><br>WATERBURY BOARD OF EDUCATION, ET AL.<br>　　　　　　　DEFENDANTS | CIVIL ACTION NO.<br>300CV0887 (WWE)<br><br><br><br><br><br>OCTOBER 24, 2003 |

### MOTION TO VACATE DISMISSAL, MODIFY STIPULATION AND DISMISS PURSUANT TO MODIFIED STIPULATION

The plaintiffs move, pursuant to Rule 60(b), Fed. R. Civ. P., for an order vacating the Stipulated Order of Dismissal entered by this Court on July 2, 2003. The plaintiffs request that the Court then approve the attached Amended Stipulated Order of Dismissal and dismiss this lawsuit pursuant to Rule 41(a)(1), subject to the terms of the Stipulation. In support of this Motion, the plaintiffs represent the following:

1. On July 2, 2003 the Court approved the Stipulated Order of Dismissal that had been agreed to by all counsel of record.

2. Paragraph 2 of that Stipulated Order provides in relevant part:

> 2. The $585,000 payment referred to in paragraph one (1) above, less costs in the amount of $12,085.51 and attorneys' fees in the amount of $189,638.16, or

*Motion GRANTED*
Senior United States District Judge